**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000057
26-JUN-2025
08:08 AM
Dkt. 23 ODSD**

NO. CAAP-25-0000057

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ADAM JARED ENRIQUE GRAFIADA, Plaintiff-Appelle, v.
KRISTI MONICA GRAFIADA, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV211008247)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka, Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On February 3, 2025, self-represented Defendant-Appellant Kristi Monica Grafiada (**Kristi**) filed a notice of appeal.

(2) The statement of jurisdiction was due May 5, 2025, and the opening brief was due June 4, 2025.

(3) On June 10, 2025, the appellate clerk entered a "Default of Statement of Jurisdiction & Opening Brief," which informed Kristi that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on June 20, 2025 for appropriate action that may include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Kristi could request relief from default by motion.

(4) Kristi has not taken any further action in this appeal, and did not request any extension of time or file the statement of jurisdiction and opening brief.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 26, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge